IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WAYNE, | No. 2:10-cv-01520-JFM (HC) |
| Petitioner, | |
| vs. | ORDER |
| WARDEN LOPEZ, et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, has filed a motion for reconsideration of this court's order filed July 27, 2010 dismissing this action without prejudice and the judgment entered thereon. This action was dismissed on the grounds that petitioner had not obtained authorization from the United States Court of Appeals for the Ninth Circuit to proceed with a second challenge to his conviction, and that petitioner cannot seek money damages for an allegedly unconstitutional conviction unless and until the conviction is invalidated. Petitioner has not shown any grounds for reconsideration of, or relief from, the dismissal of this action.

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's August 2, 2010 motion
2 | for reconsideration is denied

Dated: August 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE