IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WAYNE,

    Petitioner,                        No. 2:10-cv-1520-MCE-JFM (HC)

    vs.

WARDEN LOPEZ, et al.,

    Respondents.                      ORDER

_____/

        This petition for writ of habeas corpus was dismissed without prejudice on July 27, 2010. On August 23, 2010, petitioner filed a motion for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's August 23, 2010 motion for appointment of counsel is denied.

DATED: September 15, 2010.

                                                UNITED STATES MAGISTRATE JUDGE

12
wayn1520.110